E-FILED on   9/28/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRITAM SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | No. C-06-5808 RMW<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |

    Pursuant the Procedural Order for Social Security Review Actions dated September 21, 2006, plaintiff was required to file his motion for summary judgment within 30 days after service of defendant's answer. Defendant's answer was filed on December 19, 2006, with proof of service attached. Plaintiff has not filed a motion for summary judgment.

    Accordingly, plaintiff is hereby ordered to appear before the court on October 30, 2009 at 9:00 a.m. to show cause why this action should not be dismissed for failure to prosecute.

DATED:   9/28/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE RE DISMISSAL—No. C-06-5808 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Counsel for Defendant:**

**Elizabeth Firer**
Email: Elizabeth.Firer@ssa.gov

**Sara Winslow**
Email: sara.winslow@usdoj.gov

**Joann M. Swanson**
Email: joann.swanson@usdoj.gov

**A copy of this document has been mailed to:**

**Plaintiff:**

Pritam Singh

1000 El Camino Real #114
Santa Clara, CA 95050

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   9/28/09                              TER

                                       **Chambers of Judge Whyte**