**E-FILED on** 11/2/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRITAM SINGH,<br><br>     Plaintiff,<br><br>     v.<br>MICHAEL ASTRUE, Commissioner of Social Security Administration,<br><br>     Defendant. | No. C-06-5808 RMW<br><br>ORDER FOLLOWING SHOW CAUSE HEARING |

The court conducted a show cause hearing on October 30, 2009. Petitioner Pritam Singh appeared pro se; the Commissioner did not appear. Petitioner explained that he had not received the scheduling order requiring him to file a motion for summary judgment, and also asserted that he had in fact filed a motion in 2008. The court's record does not reflect that any such motion was filed, and the court will grant petitioner the opportunity to file his summary judgment motion.

Accordingly, it is hereby ordered that petitioner Pritam Singh shall file his motion for summary judgment on or before on or before November 9, 2009 and shall serve a copy of the motion by mailing it to counsel for the Commissioner:

**Sara Winslow**
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue
9th Floor, Box 36055
San Francisco, CA 94102

ORDER FOLLOWING SHOW CAUSE HEARING—No. C-06-5808 RMW
TER

Failure to comply will result in dismissal of this action.

Pursuant the Procedural Order for Social Security Review Actions dated September 21, 2006, the Commissioner's opposition or cross-motion shall in turn be filed and served within thirty days after service of plaintiff's motion. Plaintiff may file and serve a reply within fourteen days of service of the Commissioner's opposition or counter-motion.

DATED:     10/30/09

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**Counsel for Defendant:**

**Elizabeth Firer**
Email: Elizabeth.Firer@ssa.gov

**Sara Winslow**
Email: sara.winslow@usdoj.gov

**Joann M. Swanson**
Email: joann.swanson@usdoj.gov

**A copy of this document has been mailed to:**

**Plaintiff:**

Pritam Singh

1000 El Camino Real #114
Santa Clara, CA 95050

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/02/09                                               TER
                                                          **Chambers of Judge Whyte**