**E-FILED on** 11/23/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRITAM SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | No. C-06-5808 RMW<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE |

On October 30, 2009, at the show cause hearing and in the court's written order, the court granted plaintiff Pritam Singh until November 9, 2009 to file and serve his motion for summary judgment. The court's order advised plaintiff that a failure to file his motion by November 9, 2009 would result in dismissal of his petition for failure to prosecute. Plaintiff has not filed his summary judgment motion.

According, the complaint is hereby dismissed for failure to prosecute and failure to comply with this court's order.

DATED:     11/19/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE—No. C-06-5808 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**


**Counsel for Defendant:**

**Elizabeth Firer**
Email: Elizabeth.Firer@ssa.gov

**Sara Winslow**
Email: sara.winslow@usdoj.gov

**Joann M. Swanson**
Email: joann.swanson@usdoj.gov

**A copy of this document has been mailed to:**

**Plaintiff:**

Pritam Singh
1000 El Camino Real #114
Santa Clara, CA 95050

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     11/23/09                             TER
                                          **Chambers of Judge Whyte**